UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE,<br><br>        Plaintiff,<br><br>   v.<br><br>B. JOHNSON, et al.,<br><br>        Defendants. | No.  2:21-cv-0692 AC P<br><br><br>ORDER |

On March 29, 2022, the court screened plaintiff's complaint and directed him to file notice with the court whether he wished to proceed solely on the cognizable claims or to amend the complaint.  ECF No. 8 at 14-15.  On April 18, 2022, plaintiff filed notice with the court indicating that he wishes to amend the complaint.  ECF No. 11.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a first amended complaint.

Plaintiff is cautioned that failure to timely file the amended complaint within the period allotted may result in a recommendation that this action be dismissed.

DATED: April 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE