1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10                           SACRAMENTO DIVISION

11

12

**GERALD SPENCE,**                         No. 2:21-cv-00692 AC P

13
                                    Plaintiff,    ~~**(PROPOSED)**~~ **ORDER**
14

                        **v.**
15

16   **B. JOHNSON, et al.,**

17                                    Defendants.

18

19         **GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-

20   extension of time to file a motion to opt out of the Post-Screening ADR Project (ECF No. 22) is

21   GRANTED.  The deadline to file a motion to opt out of the Post-Screening ADR Project is

22   extended to September 27, 2022.

23   Dated:  July 22, 2022

24                                         _allison Clare_____

25                                         ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE
26

     SA2022302656 / 36375770.docx
27

28

                                           1