IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GERALD SPENCE,**<br><br>                                            Plaintiff,<br><br>v.<br><br>**B. JOHNSON, et al.,**<br><br>                                            Defendants. | Case No.: 2:21-cv-0692 AC P<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT**<br><br>Judge:            The Honorable Allison Claire<br>Trial Date:     None Set<br>Action Filed: April 16, 2021 |

Good cause appearing, IT IS HEREBY ORDERED that:

Defendants' request to opt-out of this Court's Post-Settlement Alternative Dispute Resolution Project is GRANTED. This action is released from the Court's Post-Screening Alternative Dispute Resolution Project. The Court will separately issue an order lifting the stay, designating a new deadline for Defendants' responsive pleading, and providing a new briefing schedule.

**IT IS SO ORDERED.**

Dated: September 27, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2022302656

1