UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE, | No. 2:21-cv-0692 AC P |
| Plaintiff, | |
| v. | ORDER |
| B. JOHNSON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that defendants (1) violated his First Amendment rights when they strip searched him, searched his cell, and provided false testimony against him in retaliation for having threatened to file grievances, and (2) violated his Fourteenth Amendment rights when they seized his replacement property without due process.

On September 27, 2022, defendants filed a motion to opt out of the post-screening ADR Project, which the court granted. See ECF Nos. 25, 26. As a result, the stay of this matter entered on June 29, 2022 (see ECF No. 21), will be lifted. In addition, in compliance with Federal Rule of Civil Procedure 12(a)(1)(A)(ii), defendants will be required to file a responsive pleading within twenty-one days.

Accordingly, IT IS HEREBY ORDERED that:

1. The STAY imposed in this matter on June 29, 2022 (see ECF No. 21), is LIFTED, and

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading. See Fed. R. Civ. P. 12(a)(1)(A)(ii).

DATED: September 27, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE