1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GERALD SPENCE,                              No.  2:21-cv-0692 AC P

12                 Plaintiff,

13        v.                                     ORDER

14   B. JOHNSON, et al.,

15                 Defendants.

16

17        Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 27, 2023, defendants filed a motion for summary judgment.  ECF No. 52.  The

21   Local Rules require that either an opposition or a statement of non-opposition to a motion be filed

22   within twenty-one days after the date of service of said motion.  See Local Rule 230(l).  To date,

23   plaintiff has not filed a response to the motion.  It appears that plaintiff may have abandoned his

24   case.

25        Accordingly, IT IS HEREBY ORDERED that:

26        1.  Within twenty-one days of the date of this order plaintiff shall show cause in writing

27   why this case should not be dismissed for failure to prosecute, and

28   ////

1

2.  The filing within the twenty-one-day period of either an opposition or a statement of non-opposition to defendants' motion for summary judgment (ECF No. 52) will discharge this order to show cause.

DATED: August 15, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE